City of Philadelphia, Appellant, *v.* The Seventeenth and Nineteenth Street Passenger Railway Company of Philadelphia.

Argued April 10, 1896. Appeal, No. 150, July T., 1895, by plaintiff, from judgment of C. P. No. 4, Phila. Co., June T., 1893, No. 73, non obstante veredicto. Before STERRETT, C. J., GREEN, WILLIAMS, DEAN and FELL, JJ. Affirmed.

*E. Spencer Miller* and *James Alcorn*, assistant city solicitors, with them *John L. Kinsey*, city solicitor, for apppellant.

*Ellis Ames Ballard* and *John G. Johnson*, with them *Rufus E. Shapley*, for appellees.

OPINION BY MR. JUSTICE WILLIAMS, October 5, 1896:

This case presents no questions except such as have been sufficiently discussed in Phila. v. Hestonville, Mantua & Fairmount Pass. Ry. Co., supra, 371, just decided, and in which an opinion is now on file. For the reasons given in that case the assignments of error in this case are overruled and the judgment is affirmed.